**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| *Debtors.* | (Jointly Administered) |
| CSC TRUST COMPANY OF DELAWARE, as INDENTURE TRUSTEE, | |
| *Plaintiff,* | |
| v. | Adversary Proceeding No. 14-50363 (CSS) |
| ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC and EFIH FINANCE INC., | |
| *Defendants.* | |
| COMPUTERSHARE TRUST COMPANY, N.A. and COMPUTERSHARE TRUST COMPANY OF CANADA, as INDENTURE TRUSTEE, | |
| *Plaintiffs,* | Adversary Proceeding No. 14-50405 (CSS) |
| v. | |
| ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC and EFIH FINANCE INC., | |
| *Defendants.* | |

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JULY 18, 2014[3] STARTING AT 9:30 A.M. (EDT)[4]**

I.    **CONTINUED/RESOLVED/WITHDRAWN MATTERS:**

1.    Motion of Energy Future Holdings Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment [D.I. 472; filed May 15, 2014]

| | |
|---|---|
| Response/Objection Deadline: | May 29, 2014 at 4:00 p.m. (EDT); extended to June 20, 2014 at 4:00 p.m. (EDT) for all relief requested except with respect to any relief requested related to the First Lien Settlement (as defined in the motion); further extended to June 24, 2014 at 12:00 p.m. (EDT); extended to a date to be determined |

Responses/Objections Received:

A.    Statement of EFIH 2nd Lien Notes Indenture Trustee Concerning Scheduling of Hearing on Debtors' Settlement Motion, 2nd Lien DIP Motion and RSA Assumption Motion [D.I. 562; filed May 21, 2014]

B.    EFIH Second Lien Notes Indenture Trustee's (I) Preliminary Response to Debtors' Settlement Motion and (II) Limited Objection and Reservation of Rights to Debtors' Motion Approving First Lien DIP Financing [D.I. 649; filed May 29, 2014]

C.    Objection of CSC Trust Company of Delaware, as Indenture Trustee, to the EFIH Debtors' Motion to Approve the "First Lien Settlement" [D.I. 694; filed May 31, 2014]

---

[2] **Amended items appear in bold.**

[3] To the extent necessary, consideration of matters scheduled for hearing on June 18, 2014 will continue on Monday, July 21, 2014 starting at 9:30 a.m. (EDT).

[4] The July 18, 2014 hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 9:30 a.m. (EDT). Due to the anticipated number of attendees at the July 18, 2014 hearing, parties are also invited to attend the hearing via video teleconference from an overflow Courtroom at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the July 18, 2014 hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (EDT) on Thursday, July 17, 2014 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

D.      Debtors' Reply to Objection of CSC Trust Company of Delaware, as Indenture Trustee, to the EFIH Debtors' Motion to Approve Proposed First Lien Settlement [D.I. 737; filed June 3, 2014]

E.      Joinder of the Ad Hoc Committee of EFIH Unsecured Noteholders to Debtors' Reply to Objection of CSC Trust Company of Delaware, as Indenture Trustee, to the EFIH Debtors' Motion to Approve Proposed First Lien Settlement [D.I. 776; filed June 3, 2014]

F.      Notice of Filing of Unredacted Objection of CSC Trust Company of Delaware, as Indenture Trustee, to the EFIH Debtors' Motion to Approve First Lien Settlement [D.I. 867; filed June 9, 2014]

G.      Objection of the EFIH Second Lien Notes Indenture Trustee and EFIH Second Lien Group to Debtors' Motion to Approve Second Lien Settlement [D.I. 1067; filed June 24, 2014]

H.      Objection of CSC Trust Company of Delaware, as Indenture Trustee and Collateral Trustee, to Debtors' (A) Motion to Approve Second Lien Post-Petition Financing, Redeem Second Lien Notes, and Determine Secured Claim and (B) Motion to Approve Certain EFIH Settlements [D.I. 1068; filed June 24, 2014]

I.      Ad Hoc Group of EFH Legacy Noteholders' Objection to Approval of Proposed Second Lien Financing and Makewhole Settlement [D.I. 1071; filed June 24, 2014]

J.      Objection of the Ad Hoc Group of TCEH Unsecured Noteholders to the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expenses Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and Limited Objection to the Related Motion to Approve the EFIH Second Lien Settlement [D.I. 1078; filed June 24, 2014]

K.      Joinder of Caxton Associates LP to the Objection of the Ad Hoc Group of EFH Legacy Noteholders' Objection to Approval of Proposed Second Lien Financing and Makewhole Settlement [D.I. 1079; filed June 24, 2014]

L.      [Redacted] Joinder of Wilmington Savings Fund Society, FSB to Certain Objections to (I) the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and

3

Providing Superpriority Administrative Expenses Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II) the Motion of Energy Future Holdings Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment [D.I. 1083; filed June 24, 2014]

M.  Omnibus Objection of the Official Committee of Unsecured Creditors to (I) the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expenses Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II) the Motion of Energy Future Holdings Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment [D.I. 1090; filed June 24, 2014]

N.  Joinder of Law Debenture Trust Company of New York, as Indenture Trustee, to (1) Omnibus Objection of the Official Committee of Unsecured Creditors to (I) the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expenses Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II) the Motion of Energy Future Holdings Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment and (2) Objection of the Ad Hoc Group of TCEH Unsecured Noteholders to the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and Limited Objection to the Related Motion to Approve the EFIH Second Lien Settlement [D.I. 1098; filed June 24, 2014]

O.  Statement of Support and Limited Reservation of Rights of UMB Bank, N.A., as Indenture Trustee, with Respect to: (1) EFIH Debtors' Motion for Entry of an Order Approving Second Lien DIP Financing, and (2) Debtors' Motion for Entry of Orders Approving Certain EFIH Settlement Agreements [D.I. 1104; filed June 24, 2014]

P.      Joinder of Wilmington Savings Fund Society, FSB to Omnibus Objection of the Official Committee of Unsecured Creditors to (I) the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expenses Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II) the Motion of Energy Future Holdings Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment [D.I. 1106; filed June 24, 2014]

Q.      Debtors' Omnibus Reply to Objections to EFIH Second Lien Settlement Motion [D.I. 1191; filed June 27, 2014]

R.      Supplemental Objection of CSC Trust Company of Delaware, as Indenture Trustee and Collateral Trustee, to (A) Debtors' Motion to Approve Certain EFIH Settlements and (B) EFIH Debtors' Motion to Approve Second Lien Debtor-in-Possession Financing and Second Lien Refinancing [D.I. 1194; filed June 27, 2014]

S.      Omnibus Reply of the Ad Hoc Committee of EFIH Unsecured Noteholders and the EFIH Second Lien DIP Commitment Parties to Objections to (I) Motion Approving Postpetition Second Lien Financing and (II) Motion Approving Certain EFIH Settlements and the Oncor TSA Amendment and Joinder to Debtors' Reply to Objections [D.I. 1196; filed June 27, 2014]

Related Documents:

i.      Declaration of David Ying, Senior Managing Director of Evercore Group L.L.C. in Support of the Motion of Energy Future Holdings Corp., et al., for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment [D.I. 474; filed May 15, 2014]

ii.     Debtors' Notice of Filing Supplemental Declaration of David Ying, Senior Managing Director of Evercore Group L.L.C., in Support of (1) the EFIH First Lien DIP Motion and (2) the EFIH Settlement Motion [D.I. 610; filed May 25, 2014]

iii.    Re-Notice of Motions and Hearing [D.I. 626; filed May 28, 2014]

iv.     Motion to File Objection of CSC Trust Company of Delaware, as Indenture Trustee, to the EFIH Debtors' Motion to Approve First Lien Settlement Under Seal [D.I. 695; filed May 31, 2014]

v.      Motion to Set Expedited Hearing and Shorten Notice Period with Respect to Motion to File Objection of CSC Trust Company of Delaware, as

5

Indenture Trustee, to the EFIH Debtors' Motion to Approve First Lien Settlement Under Seal [D.I. 696; filed May 31, 2014]

vi.     Notice of Filing of Proposed form of Order Approving EFIH First Lien Settlement [D.I. 730; filed June 2, 2014]

vii.    Order Setting Expedited Hearing and Shortening Notice Period with Respect to Motion to File Objection of CSC Trust Company of Delaware, as Indenture Trustee, to the EFIH Debtors' Motion to Approve First Lien Settlement Under Seal [D.I. 760; filed June 3, 2014]

viii.   Notice of Hearing on Motion to File Objection of CSC Trust Company of Delaware, as Indenture Trustee, to the EFIH Debtors' Motion to Approve First Lien Settlement Under Seal [D.I. 774; filed June 3, 2014]

ix.     Order Approving EFIH First Lien Settlement [D.I. 858; filed June 6, 2014]

x.      Notice of Appeal [D.I. 873; filed June 9, 2014]

xi.     Re-Notice of "Motion of Energy Future Holdings Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment" [D.I. 1026; filed June 19, 2014]

xii.    Re-Notice of Objection Deadline with Respect to (I) "Motion of Energy Future Holdings Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment" [D.I. 472] Solely with Respect to the Approval of the Second Lien Settlement and (II) "Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Energy of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay" [D.I. 477] and Hearing Thereon [D.I. 1052; filed June 20, 2014]

xiii.   Letter to the Honorable Christopher S. Sontchi Regarding Ad Hoc Committee of EFIH Unsecured Noteholders' Discovery Deficiencies [D.I. 1058; filed June 23, 2014]

xiv.    Statement of Issues and Designation of Record on Appeal of CSC Trust Company of Delaware, as Indenture Trustee [D.I. 1061; filed June 23, 2014]

xv.     Joint Motion of Debtors, Ad Hoc Committee of EFIH Unsecured Noteholders and Fidelity Research & Management Co. for Leave to File Late Replies in Response to Anticipated Objections to Certain Motions Set for Hearing on June 30, 2014 [D.I. 1065; filed June 24, 2014]

6

xvi.   Declaration of Christopher J. Kearns, Executive Director of Capstone Advisory Group, LLC Concerning Second Lien Settlement [D.I. 1069; filed June 24, 2014]

xvii.   Motion to File Objection of CSC Trust Company of Delaware, as Indenture Trustee and Collateral Trustee, to Debtors' (A) Motion to Approve Second-Lien Post-Petition Financing, Redeem Second Lien Notes, and Determine Secured Claim and (B) Motion to Approve Certain EFIH Settlements Under Seal [D.I. 1072; filed June 24, 2014]

xviii.   Motion to File Under Seal Unredacted Versions of: (I) Objection to Debtors' Motion to Approve Second Lien Settlement; (II) Objection to Debtors' Motion to Approve Second Lien DIP; (III) Declaration of Todd R. Snyder [D.I. 1073; filed June 24, 2014]

xix.   Motion to Set Expedited Hearing and Shorten Notice Period with Respect to Motion to File Objection of CSC Trust Company of Delaware, as Indenture Trustee and Collateral Trustee, to Debtors' (A) Motion to Approve Second-Lien Post-Petition Financing, Redeem Second Lien Notes, and Determine Secured Claim and (B) Motion to Approve Certain EFIH Settlements Under Seal [D.I. 1074; filed June 24, 2014]

xx.   Motion to Fix Hearing Date on and Shorten Time to Object or Respond to Motion to File Under Seal Unredacted Versions of: (I) Objection to Debtors' Motion to Approve Second Lien Settlement; (II) Objection to Debtors' Motion to Approve Second Lien DIP; and (III) Declaration of Todd R. Snyder [D.I. 1075; filed June 24, 2014]

xxi.   Motion of Ad Hoc Group of EFH Legacy Noteholders to Seal the Objection to Approval of Proposed Second Lien Financing and Makewhole Settlement [D.I. 1084; filed June 24, 2014]

xxii.   Motion to Set Expedited Hearing and Shorten Time to Object or Respond to Ad Hoc Group of EFH Legacy Noteholders Motion to Seal the Objection to Approval of Proposed Second Lien Financing and Makewhole Settlement [D.I. 1085; filed June 24, 2014]

xxiii.   Order Granting Leave to File Late Replies to Anticipated Objections to Certain Motions Set for Hearing on June 30, 2014 [D.I. 1086; filed June 24, 2014]

xxiv.   Declaration of Timothy R. Pohl in Support of Omnibus Objection of the Official Committee of Unsecured Creditors to (I) the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the

7

EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II) the Motion of Energy Future Holding Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment [D.I. 1091; filed June 24, 2014]

xxv.   Declaration of Todd M. Goren in Support of the Omnibus Objection of the Official Committee of Unsecured Creditors to (I) the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II) the Motion of Energy Future Holding Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment [D.I. 1092; filed June 24, 2014]

xxvi.   Motion of the Official Committee of Unsecured Creditors to File Certain Exhibits Under Seal Pursuant to 11 U.S.C. § 107, Fed. R. Bankr. P. 9018, and Del. Bankr. L.R. 9018-1 Regarding the Declaration of Todd M. Goren in Support of the Omnibus Objection of the Official Committee of Unsecured Creditors to (I) the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II) the Motion of Energy Future Holding Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment [D.I. 1093; filed June 24, 2014]

xxvii.   Motion of the Official Committee of Unsecured Creditors for an Order Under 11 U.S.C. §§ 102 and 105, Bankruptcy Rule 9006(c), and Local Rule 9006-1(e) to Shorten Notice with Respect to the Motion of the Official Committee of Unsecured Creditors to File Certain Exhibits Under Seal Pursuant to 11 U.S.C. § 107, Fed. R. Bankr. P. 9018, and Del. Bankr. L.R. 9018-1 Regarding the Declaration of Todd M. Goren in Support of the Omnibus Objection of the Official Committee of Unsecured Creditors to (I) the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II) the Motion of

Energy Future Holding Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment [D.I. 1094; filed June 24, 2014]

xxviii. Motion for Entry of an Order Authorizing Wilmington Savings Fund Society, FSB to File Under Seal its Joinder to Certain Objections to (I) the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II) the Motion of Energy Future Holdings Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment [D.I. 1097; filed June 24, 2014]

xxix. Wilmington Savings Fund Society, FSB's Motion Pursuant to Local Rules 9006-1(c) and 9006-1(e) for an Order Shortening the Time to Consider Wilmington Savings Fund Society FSB's Motion for Entry of an Order Authorizing Wilmington Savings Fund Society, FSB to File Under Seal the Joinder of Wilmington Savings Fund Society, FSB to Certain Objections to (I) the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II) the Motion of Energy Future Holding Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment [D.I. 1101; filed June 24, 2014]

xxx. Letter to the Honorable Christopher S. Sontchi in Response to First Lien Trustee's June 23 Letter Regarding Discovery [D.I. 1111; filed June 23, 2014]

xxxi. Order Under 11 U.S.C. §§ 102 and 105, Bankruptcy Rule 9006(c), and Local Rule 9006-1(e) to Shorten Notice with Respect to the Motion of the Official Committee of Unsecured Creditors to File Certain Exhibits Under Seal Pursuant to 11 U.S.C. § 107, Fed. R. Bankr. P. 9018, and Del. Bankr. L.R. 9018-1 Regarding the Declaration of Todd M. Goren in Support of the Omnibus Objection of the Official Committee of Unsecured Creditors to (I) the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash

9

Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II) the Motion of Energy Future Holdings Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment [D.I. 1112; filed June 25, 2014]

xxxii. Order Approving Motion of Ad Hoc Group of EFH Legacy Noteholders for an Order Pursuant to 11 U.S.C §§ 107(b) and 105(a) and Del. Bankr. L.R. 9018-1 Seeking Authorization to File an Objection and Related Exhibits Under Seal [D.I. 1113; filed June 25, 2014]

xxxiii. Order Granting Wilmington Savings Fund Society, FSB's Motion Pursuant to Local Rules 9006-1(c) and 9006-1(e) for an Order Shortening the Time to Consider Wilmington Savings Fund Society FSB's Motion for Entry of an Order Authorizing Wilmington Savings Fund Society, FSB to File Under Seal the Joinder of Wilmington Savings Fund Society, FSB to Certain Objections to (I) the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II) the Motion of Energy Future Holding Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment [D.I. 1115; filed June 25, 2014]

xxxiv. Order Fixing Hearing Date Shortening Time to Object or Respond to Motion to File Under Seal Unredacted Versions of: (I) Objection to Debtors' Motion to Approve Second Lien Settlement; (II) Objection to Debtors' Motion to Approve Second Lien DIP; and (III) Declaration of Todd R. Snyder [D.I. 1116; filed June 25, 2014]

xxxv. Order Granting Motion to Set Expedited Hearing and Shorten Notice Period with Respect to Motion to File Objection of CSC Trust Company of Delaware, as Indenture Trustee and Collateral Trustee, to Debtors' (A) Motion to Approve Second-Lien Post-Petition Financing, Redeem Second Lien Notes, and Determine Secured Claim and (B) Motion to Approve Certain EFIH Settlements Under Seal [D.I. 1117; filed June 25, 2014]

xxxvi. Notice of Hearing [D.I. 1122; filed June 25, 2014]

xxxvii. Notice of Hearing Regarding Motion for Entry of an Order Authorizing Wilmington Savings Fund Society, FSB to File Under Seal its Joinder to Certain Objections to (I) the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A)

10

Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II) the Motion of Energy Future Holdings Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment [D.I. 1124; filed June 25, 2014]

xxxviii. Notice of Hearing on Motion to File Objection of CSC Trust Company of Delaware, as Indenture Trustee and Collateral Trustee, to Debtors' (A) Motion to Approve Second Lien Post-Petition Financing, Redeem Second Lien Notes, and Determine Secured Claim and (B) Motion to Approve Certain EFIH Settlements Under Seal [D.I. 1126; filed June 25, 2014]

xxxix. Notice of Entry of Order Fixing Hearing Date Shortening Time to Object or Respond to Motion to File Under Seal Unredacted Versions of: (I) Objection to Debtors' Motion to Approve Second Lien Settlement; (II) Objection to Debtors' Motion to Approve Second Lien DIP; and (III) Declaration of Todd R. Snyder [D.I. 1134; filed June 25, 2014]

xl. Notice of Filing of Proposed Form of Order Approving EFIH Second Lien Settlement [D.I. 1147; filed June 26, 2014]

xli. Order [D.I. 1150; filed June 26, 2014]

xlii. Order Setting Expedited Hearing and Shortening Notice Period with Respect to the Motion of Ad Hoc Group of EFH Legacy Noteholders to Seal the Objection to Approval of Proposed Second Lien Financing and Makewhole Settlement [D.I. 1151; filed June 26, 2014]

xliii. Notice of Hearing [D.I. 1154; filed June 26, 2014]

xliv. Notice of Filing of Commitment Letter Relating to EFIH Second Lien Group's Proposed Competing Second Lien DIP [D.I. 1179; filed June 27, 2014]

xlv. The United States Trustee's Omnibus Objection to the Various Motions to File Objections, Exhibits and Documents Under Seal Pursuant to 11 U.S.C. § 107(b) and Fed. R. Bankr. P. 9018 [D.I. 1195; filed June 27, 2014]

xlvi. Motion of the Ad Hoc Committee of EFIH Unsecured Noteholders and the EFIH Second Lien DIP Commitment Parties to Seal Their Omnibus Reply to Objections to (I) Motion Approving Postpetition Second Lien Financing and (II) Motion Approving Certain EFIH Settlements and the Oncor TSA Amendment and Joinder to Debtors' Reply to Objections [D.I. 1198; filed June 27, 2014]

11

xlvii.   Motion to Fix Hearing Date on and Shorten Time to Object or Respond to Motion of the Ad Hoc Committee of EFIH Unsecured Noteholders and the EFIH Second Lien DIP Commitment Parties to Seal Their Omnibus Reply to Objections to (I) Motion Approving Postpetition Second Lien Financing and (II) Motion Approving Certain EFIH Settlements and the Oncor TSA Amendment and Joinder to Debtors' Reply to Objections [D.I. 1199; filed June 27, 2014]

xlviii.  Notice of Adjournment of Certain Motions and Hearings [D.I. 1504; filed July 8, 2014]

Status: On June 6, 2014, the Court entered an order granting the Debtors the relief requested related to the First Lien Settlement (as defined in the motion). The hearing on this matter has been continued to a date to be determined solely with respect to the proposed approval of the Second Lien Settlement (as defined in the motion) and the Oncor TSA Amendment (as defined in the motion).

2.   Joint Motion of CSC Trust Company of Delaware as Indenture Trustee, and Certain EFIH 10% First Lien Noteholders, for Confirmation that the Automatic Stay Does Not Apply or, Alternatively, for Limited Relief from the Automatic Stay, Solely Regarding Rescission of Acceleration [D.I. 473; filed May 15, 2014]

Response/Objection Deadline:        See D.I. 803.

Responses/Objections Received:      None at this time.

Related Documents:

i.    Declaration of Norman L. Pernick in Support of Joint Motion of CSC Trust Company of Delaware, as Indenture Trustee, and Certain EFIH 10% First Lien Noteholders, for Confirmation that the Automatic Stay Does Not Apply or, Alternatively, for Limited Relief from the Automatic Stay, Solely Regarding Rescission of Acceleration [D.I. 475; filed May 15, 2014]

ii.   Amended Notice of Joint Motion of CSC Trust Company of Delaware, as Indenture Trustee, and Certain EFIH 10% First Lien Noteholders, for Confirmation that the Automatic Stay Does Not Apply or, Alternatively, for Limited Relief from the Automatic Stay, Solely Regarding Rescission of Acceleration [D.I. 608; filed May 23, 2014]

iii.  Scheduling Order with Respect to (A) Contested Matter Motion, (B) Adversary Proceeding, and (C) Stay-Applicability Motion [D.I. 803; filed June 4, 2014]

Status: The hearing on this matter is continued to the hearings scheduled to take place on September 10-12, 2014 as set forth in the Court's June 4, 2014 scheduling order (see D.I. 803).

3.     Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Energy of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay [D.I. 477; filed May 15, 2014]

Response/Objection Deadline:     May 29, 2014 at 4:00 p.m. (EDT); extended to June 20, 2014 at 4:00 p.m. (EDT) for all parties other than the Office of the United States Trustee and to June 23, 2014 at 4:00 p.m. (EDT) for the Office of the United States Trustee, for all relief requested except with respect to any relief requested related to the Alternative Transaction Fee and the payment of certain fees, expenses and indemnification obligations (each as defined in the motion); June 2, 2014 at 4:00 p.m. (EDT) for the Office of the United States Trustee for relief requested related to the Alternative Transaction Fee and the payment of certain fees, expenses and indemnification obligations (each as defined in the motion); further extended to June 24, 2014 at 12:00 p.m. (EDT); extended to a date to be determined

Responses/Objections Received:

A.     Statement of EFIH 2nd Lien Notes Indenture Trustee Concerning Scheduling of Hearing on Debtors' Settlement Motion, 2nd Lien DIP Motion and RSA Assumption Motion [D.I. 562; filed May 21, 2014]

B.     Objection of EFIH Second Lien Notes Indenture Trustee to Debtors' Request for Approval of Alternative Transaction Fee [D.I. 636; filed May 29, 2014]

C.     Objection of the Official Committee of Unsecured Creditors to the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order Authorizing Payment of Fees Under the Postpetition Second Lien Financing Commitment Letter [D.I. 640; filed May 29, 2014]

13

D.  Statement and Reservation of Rights of the Ad Hoc Group of TCEH Unsecured Noteholders with Respect to the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay [D.I. 643; filed May 29, 2014]

E.  Joinder of Law Debenture Trust Company of New York, as Indenture Trustee, to Objection of the Official Committee of Unsecured Creditors to, and the Statement of the Ad Hoc Group of TCEH Unsecured Noteholders with Respect to, the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order Authorizing Payment of Fees Under the Postpetition Second Lien Financing Commitment Letter [D.I. 669; filed May 30, 2014]

F.  Objection of CSC Trust Company of Delaware, as Indenture Trustee, to Debtors' Request for Approval of Alternative Transaction Fee [D.I. 690; filed May 31, 2014]

G.  United States Trustee's Objection to the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay [D.I. 721; filed June 2, 2014]

H.  Preliminary Objection of Second Lien Notes Indenture Trustee and EFIH Second Lien Group of Second Lien Noteholders to Debtors' Motion to Approve Second Lien DIP [D.I. 1060; filed June 23, 2014]

I.  Objection of EFIH Second Lien Notes Indenture Trustee and EFIH Second Lien Group to Debtors' Motion to Approve Second Lien DIP [D.I. 1066; filed June 24, 2014]

J.  Objection of CSC Trust Company of Delaware, as Indenture Trustee and Collateral Trustee, to Debtors' (A) Motion to Approve Second Lien Post-Petition Financing, Redeem Second Lien Notes, and Determine Secured Claim and (B) Motion to Approve Certain EFIH Settlements [D.I. 1068; filed June 24, 2014]

K.      Ad Hoc Group of EFH Legacy Noteholders' Objection to Approval of Proposed Second Lien Financing and Makewhole Settlement [D.I. 1071; filed June 24, 2014]

L.      Objection of the Ad Hoc Group of TCEH Unsecured Noteholders to the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expenses Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and Limited Objection to the Related Motion to Approve the EFIH Second Lien Settlement [D.I. 1078; filed June 24, 2014]

M.      Joinder of Caxton Associates LP to the Objection of the Ad Hoc Group of EFH Legacy Noteholders' Objection to Approval of Proposed Second Lien Financing and Makewhole Settlement [D.I. 1079; filed June 24, 2014]

N.      [Redacted] Joinder of Wilmington Savings Fund Society, FSB to Certain Objections to (I) the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expenses Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II) the Motion of Energy Future Holdings Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment [D.I. 1083; filed June 24, 2014]

O.      Omnibus Objection of the Official Committee of Unsecured Creditors to (I) the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expenses Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II) the Motion of Energy Future Holdings Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment [D.I. 1090; filed June 24, 2014]

P.      Joinder of Law Debenture Trust Company of New York, as Indenture Trustee, to (1) Omnibus Objection of the Official Committee of Unsecured Creditors to (I) the Motion of Energy Future Intermediate

Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expenses Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II) the Motion of Energy Future Holdings Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment and (2) Objection of the Ad Hoc Group of TCEH Unsecured Noteholders to the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and Limited Objection to the Related Motion to Approve the EFIH Second Lien Settlement [D.I. 1098; filed June 24, 2014]

Q.  Statement of Support and Limited Reservation of Rights of UMB Bank, N.A., as Indenture Trustee, with Respect to: (1) EFIH Debtors' Motion for Entry of an Order Approving Second Lien DIP Financing, and (2) Debtors' Motion for Entry of Orders Approving Certain EFIH Settlement Agreements [D.I. 1104; filed June 24, 2014]

R.  Joinder of Wilmington Savings Fund Society, FSB to Omnibus Objection of the Official Committee of Unsecured Creditors to (I) the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expenses Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II) the Motion of Energy Future Holdings Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment [D.I. 1106; filed June 24, 2014]

S.  Debtors' Omnibus Reply to Objections to Second Lien DIP Motion [D.I. 1192; filed June 27, 2014]

T.  Supplemental Objection of CSC Trust Company of Delaware, as Indenture Trustee and Collateral Trustee, to (A) Debtors' Motion to Approve Certain EFIH Settlements and (B) EFIH Debtors' Motion to Approve Second Lien Debtor-in-Possession Financing and Second Lien Refinancing [D.I. 1194; filed June 27, 2014]

16

U.      Omnibus Reply of the Ad Hoc Committee of EFIH Unsecured Noteholders and the EFIH Second Lien DIP Commitment Parties to Objections to (I) Motion Approving Postpetition Second Lien Financing and (II) Motion Approving Certain EFIH Settlements and the Oncor TSA Amendment and Joinder to Debtors' Reply to Objections [D.I. 1196; filed June 27, 2014]

Related Documents:

i.      Declaration of David Ying, Senior Managing Director of Evercore Group L.L.C., in Support of the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay [D.I. 478; filed May 15, 2014]

ii.     Re-Notice of Motions and Hearing [D.I. 626; filed May 28, 2014]

iii.    Notice of Filing of Proposed Form of "Final Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry Into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay" [D.I. 994; filed June 16, 2014]

iv.     Re-Notice of Objection Deadline with Respect to (I) "Motion of Energy Future Holdings Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment" [D.I. 472] Solely with Respect to the Approval of the Second Lien Settlement and (II) "Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Energy of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay" [D.I. 477] and Hearing Thereon [D.I. 1052; filed June 20, 2014]

v.      Letter to the Honorable Christopher S. Sontchi Regarding Ad Hoc Committee of EFIH Unsecured Noteholders' Discovery Deficiencies [D.I. 1058; filed June 23, 2014]

vi.     Joint Motion of Debtors, Ad Hoc Committee of EFIH Unsecured Noteholders and Fidelity Research & Management Co. for Leave to File Late Replies in Response to Anticipated Objections to Certain Motions Set for Hearing on June 30, 2014 [D.I. 1065; filed June 24, 2014]

vii.     Declaration of Christopher J. Kearns, Executive Director of Capstone Advisory Group, LLC Concerning Second Lien Settlement [D.I. 1069; filed June 24, 2014]

viii.     Declaration of Todd R. Snyder [D.I. 1070; filed June 24, 2014]

ix.     Motion to File Objection of CSC Trust Company of Delaware, as Indenture Trustee and Collateral Trustee, to Debtors' (A) Motion to Approve Second-Lien Post-Petition Financing, Redeem Second Lien Notes, and Determine Secured Claim and (B) Motion to Approve Certain EFIH Settlements Under Seal [D.I. 1072; filed June 24, 2014]

x.     Motion to File Under Seal Unredacted Versions of: (I) Objection to Debtors' Motion to Approve Second Lien Settlement; (II) Objection to Debtors' Motion to Approve Second Lien DIP; and (III) Declaration of Todd R. Snyder [D.I. 1073; filed June 24, 2014]

xi.     Motion to Set Expedited Hearing and Shorten Notice Period with Respect to Motion to File Objection of CSC Trust Company of Delaware, as Indenture Trustee and Collateral Trustee, to Debtors' (A) Motion to Approve Second-Lien Post-Petition Financing, Redeem Second Lien Notes, and Determine Secured Claim and (B) Motion to Approve Certain EFIH Settlements Under Seal [D.I. 1074; filed June 24, 2014]

xii.     Motion to Fix Hearing Date on and Shorten Time to Object or Respond to Motion to File Under Seal Unredacted Versions of: (I) Objection to Debtors' Motion to Approve Second Lien Settlement; (II) Objection to Debtors' Motion to Approve Second Lien DIP; and (III) Declaration of Todd R. Snyder [D.I. 1075; filed June 24, 2014]

xiii.     Declaration of Gregory Starner, Esq. [D.I. 1080; filed June 24, 2014]

xiv.     Motion of the Ad Hoc Group of TCEH Unsecured Noteholders Pursuant to 11 U.S.C. § 107(b), Bankruptcy Rule 9018, and Local Rule 9018-1(b) for Authority to File Under Seal the Objection of the Ad Hoc Group of TCEH Unsecured Noteholders to the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and

Limited Objection to the Related Motion to Approve EFIH Second Lien Settlement and Supporting Declaration [D.I. 1081; filed June 24, 2014]

xv. Motion of the Ad Hoc Group of TCEH Unsecured Noteholders Pursuant to Local Rule 9006-1(c) and 900601(e) for an Order Shortening Notice with Respect its Motion Pursuant to 11 U.S.C. § 107(b), Bankruptcy Rule 9018, and Local Rule 9018-1(b) for Authority to File Under Seal the Objection of the Ad Hoc Group of TCEH Unsecured Noteholders with Respect to the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and Limited Objection to the Related Motion to Approve EFIH Second Lien Settlement and Supporting Declaration [D.I. 1082; filed June 24, 2014]

xvi. Motion of Ad Hoc Group of EFH Legacy Noteholders to Seal the Objection to Approval of Proposed Second Lien Financing and Makewhole Settlement [D.I. 1084; filed June 24, 2014]

xvii. Motion to Set Expedited Hearing and Shorten Time to Object or Respond to Ad Hoc Group of EFH Legacy Noteholders Motion to Seal the Objection to Approval of Proposed Second Lien Financing and Makewhole Settlement [D.I. 1085; filed June 24, 2014]

xviii. Order Granting Leave to File Late Replies to Anticipated Objections to Certain Motions Set for Hearing on June 30, 2014 [D.I. 1086; filed June 24, 2014]

xix. Declaration of Timothy R. Pohl in Support of Omnibus Objection of the Official Committee of Unsecured Creditors to (I) the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II) the Motion of Energy Future Holding Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment [D.I. 1091; filed June 24, 2014]

xx. Declaration of Todd M. Goren in Support of the Omnibus Objection of the Official Committee of Unsecured Creditors to (I) the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B)

Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II) the Motion of Energy Future Holding Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment [D.I. 1092; filed June 24, 2014]

xxi.   Motion of the Official Committee of Unsecured Creditors to File Certain Exhibits Under Seal Pursuant to 11 U.S.C. § 107, Fed. R. Bankr. P. 9018, and Del. Bankr. L.R. 9018-1 Regarding the Declaration of Todd M. Goren in Support of the Omnibus Objection of the Official Committee of Unsecured Creditors to (I) the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II) the Motion of Energy Future Holding Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment [D.I. 1093; filed June 24, 2014]

xxii.  Motion of the Official Committee of Unsecured Creditors for an Order Under 11 U.S.C. §§ 102 and 105, Bankruptcy Rule 9006(c), and Local Rule 9006-1(e) to Shorten Notice with Respect to the Motion of the Official Committee of Unsecured Creditors to File Certain Exhibits Under Seal Pursuant to 11 U.S.C. § 107, Fed. R. Bankr. P. 9018, and Del. Bankr. L.R. 9018-1 Regarding the Declaration of Todd M. Goren in Support of the Omnibus Objection of the Official Committee of Unsecured Creditors to (I) the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II) the Motion of Energy Future Holdings Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment [D.I. 1094; filed June 24, 2014]

xxiii. Motion for Entry of an Order Authorizing Wilmington Savings Fund Society, FSB to File Under Seal its Joinder to Certain Objections to (I) the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash

Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II) the Motion of Energy Future Holding Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment [D.I. 1097; filed June 24, 2014]

xxiv.   Wilmington Savings Fund Society, FSB's Motion Pursuant to Local Rules 9006-1(c) and 9006-1(e) for an Order Shortening the Time to Consider Wilmington Savings Fund Society FSB's Motion for Entry of an Order Authorizing Wilmington Savings Fund Society, FSB to File Under Seal the Joinder of Wilmington Savings Fund Society, FSB to Certain Objections to (I) the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II) the Motion of Energy Future Holding Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment [D.I. 1101; filed June 24, 2014]

xxv.   Letter to the Honorable Christopher S. Sontchi in Response to First Lien Trustee's June 23, Letter Regarding Discovery [D.I. 1111; filed June 23, 2014]

xxvi.   Order Under 11 U.S.C. §§ 102 and 105, Bankruptcy Rule 9006(c), and Local Rule 9006-1(e) to Shorten Notice with Respect to the Motion of the Official Committee of Unsecured Creditors to File Certain Exhibits Under Seal Pursuant to 11 U.S.C. § 107, Fed. R. Bankr. P. 9018, and Del. Bankr. L.R. 9018-1 Regarding the Declaration of Todd M. Goren in Support of the Omnibus Objection of the Official Committee of Unsecured Creditors to (I) the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II) the Motion of Energy Future Holdings Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment [D.I. 1112; filed June 25, 2014]

xxvii.   Order Approving Motion of Ad Hoc Group of EFH Legacy Noteholders for an Order Pursuant to 11 U.S.C §§ 107(b) and 105(a) and Del. Bankr.

L.R. 9018-1 Seeking Authorization to File an Objection and Related Exhibits Under Seal [D.I. 1113; filed June 25, 2014]

xxviii. Order Granting Motion of the Ad Hoc Group of TCEH Unsecured Noteholders Pursuant to 11 U.S.C. § 107(b), Bankruptcy Rule 9018, and Local Rule 9018-1(b) for Authority to File Under Seal the Objection of the Ad Hoc Group of TCEH Unsecured Noteholders to the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and Limited Objection  to the Related Motion to Approve EFIH Second Lien Settlement and Supporting Declaration [D.I. 1114; filed June 25, 2014]

xxix. Order Granting Wilmington Savings Fund Society, FSB's Motion Pursuant to Local Rules 9006-1(c) and 9006-1(e) for an Order Shortening the Time to Consider Wilmington Savings Fund Society FSB's Motion for Entry of an Order Authorizing Wilmington Savings Fund Society, FSB to File Under Seal the Joinder of Wilmington Savings Fund Society, FSB to Certain Objections to (I) the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II) the Motion of Energy Future Holding Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment [D.I. 1115; filed June 25, 2014]

xxx. Order Fixing Hearing Date and Shortening Time to Object or Respond to Motion to File Under Seal Unredacted Versions of: (I) Objection to Debtors' Motion to Approve Second Lien Settlement; (II) Objection to Debtors' Motion to Approve Second Lien DIP; and (III) Declaration of Todd R. Snyder [D.I. 1116; filed June 25, 2014]

xxxi. Order Granting Motion to Set Expedited Hearing and Shorten Notice Period with Respect to Motion to File Objection of CSC Trust Company of Delaware, as Indenture Trustee and Collateral Trustee, to Debtors' (A) Motion to Approve Second-Lien Post-Petition Financing, Redeem Second Lien Notes, and Determine Secured Claim and (B) Motion to Approve Certain EFIH Settlements Under Seal [D.I. 1117; filed June 25, 2014]

xxxii. Notice of Hearing [D.I. 1122; filed June 25, 2014]

xxxiii. Notice of Hearing Regarding Motion for Entry of an Order Authorizing Wilmington Savings Fund Society, FSB to File Under Seal its Joinder to Certain Objections to (I) the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II) the Motion of Energy Future Holding Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment [D.I. 1124; filed June 25, 2014]

xxxiv. Notice of Hearing on Motion to File Objection of CSC Trust Company of Delaware, as Indenture Trustee and Collateral Trustee, to Debtors' (A) Motion to Approve Second-Lien Post-Petition Financing, Redeem Second Lien Notes, and Determine Secured Claim and (B) Motion to Approve Certain EFIH Settlements Under Seal [D.I. 1126; filed June 25, 2014]

xxxv. Notice of Hearing [D.I. 1132; filed June 25, 2014]

xxxvi. Notice of Entry of Order Fixing Hearing Date and Shortening Time to Object or Respond to Motion to File Under Seal Unredacted Versions of: (I) Objection to Debtors' Motion to Approve Second Lien Settlement; (II) Objection to Debtors' Motion to Approve Second Lien DIP; and (III) Declaration of Todd R. Snyder [D.I. 1134; filed June 25, 2014]

xxxvii. Order [D.I. 1150; filed June 26, 2014]

xxxviii. Order Setting Expedited Hearing and Shortening Notice Period with Respect to the Motion of Ad Hoc Group of EFH Legacy Noteholders to Seal the Objection to Approval of Proposed Second Lien Financing and Makewhole Settlement [D.I. 1151; filed June 26, 2014]

xxxix. Notice of Hearing [D.I. 1154; filed June 26, 2014]

xl. Notice of Filing of Commitment Letter Relating to EFIH Second Lien Group's Proposed Competing Second Lien DIP [D.I. 1179; filed June 27, 2014]

xli. The United States Trustee's Omnibus Objection to the Various Motions to File Objections, Exhibits and Documents Under Seal Pursuant to 11 U.S.C. § 107(b) and Fed. R. Bankr. P. 9018 [D.I. 1195; filed June 27, 2014]

xlii. Motion of the Ad Hoc Committee of EFIH Unsecured Noteholders and the EFIH Second Lien DIP Commitment Parties to Seal Their Omnibus Reply to Objections to (I) Motion Approving Postpetition Second Lien Financing

23

and (II) Motion Approving Certain EFIH Settlements and the Oncor TSA Amendment and Joinder to Debtors' Reply to Objections [D.I. 1198; filed June 27, 2014]

xliii.  Motion to Fix Hearing Date on and Shorten Time to Object or Respond to Motion of the Ad Hoc Committee of EFIH Unsecured Noteholders and the EFIH Second Lien DIP Commitment Parties to Seal Their Omnibus Reply to Objections to (I) Motion Approving Postpetition Second Lien Financing and (II) Motion Approving Certain EFIH Settlements and the Oncor TSA Amendment and Joinder to Debtors' Reply to Objections [D.I. 1199; filed June 27, 2014]

xliv.  Notice of Enhanced Terms Relating to Alternative Second Lien DIP Financing Proposed by NextEra Energy, Inc. and EFIH Second Lien Group [D.I. 1224; filed June 27, 2014]

xlv.  Notice of Filing of Revised Proposed Form of "Final Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay" [D.I. 1230; filed June 29, 2014]

xlvi.  Notice of Adjournment of Certain Motions and Hearings [D.I. 1504; filed July 8, 2014]

Status: The hearing on this matter has been continued to a date to be determined.

4.  Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the RSA Debtors to Assume the Restructuring Support Agreement and Modifying the Automatic Stay [D.I. 505; filed May 16, 2014]

Response/Objection Deadline:          May 30, 2014 at 4:00 p.m. (EDT); extended to June 20, 2014 at 4:00 p.m. (EDT) for all parties other than the Office of the United States Trustee for the District of Delaware; extended to June 23, 2014 at 4:00 p.m. (EDT) for the Office of the United States Trustee for the District of Delaware only; further extended to July 11, 2014 for all parties in interest; extended to a date to be determined for all parties in interest

Responses/Objections Received:        None at this time.

24

Related Documents:

i.      Re-Notice of Motions and Hearing [D.I. 626; filed May 28, 2014]

ii.     Letter to the Honorable Christopher S. Sontchi from Edward S. Weisfelner (Redacted) [D.I. 698; filed June 2, 2014]

iii.    Motion for Entry of an Order Authorizing Wilmington Savings Fund Society, FSB to File June 2, 2014 Letter Under Seal [D.I. 699; filed June 2, 2014]

iv.     Letter to the Honorable Christopher S. Sontchi from Christopher Shore, Esq. Regarding Additional Discovery Dispute [D.I. 749; filed June 3, 2014]

v.      Letter to the Honorable Christopher S. Sontchi from Mark McKane, Esq. Concerning Discovery Dispute with WSFS [D.I. 788; filed June 4, 2014]

vi.     Letter Regarding Discovery Dispute [D.I. 789; filed June 4, 2014]

vii.    Re-Notice of "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the RSA Debtors to Assume the Restructuring Support Agreement and Modifying the Automatic Stay" [D.I. 986; filed June 16, 2014]

viii.   Letter to the Honorable Christopher S. Sontchi Regarding Ad Hoc Committee of EFIH Unsecured Noteholders' Discovery Deficiencies [D.I. 1058; filed June 23, 2014]

ix.     Letter to the Honorable Christopher S. Sontchi in Response to First Lien Trustee's June 23 Letter Regarding Discovery [D.I. 1111; filed June 23, 2014]

x.      Notice of Withdrawal [D.I. 1161; filed June 26, 2014]

xi.     Letter to the Honorable Christopher S. Sontchi from James W. Stoll regarding Discovery Dispute Concerning Debtors Motion to Assume the Restructuring Support Agreement [Redacted] [D.I. 1500; filed July 8, 2014]

xii.    Notice of Adjournment of Certain Motions and Hearings [D.I. 1504; filed July 8, 2014]

Status: The hearing on this matter has been continued to a date to be determined.

5.      Application of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to Retain and Employ Filsinger Energy Partners as

Energy Consultant Effective *Nunc Pro Tunc* to the Petition Date [D.I. 650; filed May 29, 2014]

Response/Objection Deadline:    June 12, 2014 at 4:00 p.m. (EDT); extended to July 28, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:    None at this time.

Related Documents:

i.    Re-Notice of Certain Applications and Motions and Hearing Thereon [D.I. 901; filed June 10, 2014]

Status: By agreement of the parties, the hearing on this matter has been continued to the omnibus hearing scheduled for August 11, 2014 at 9:30 a.m. (EDT).

6.    Application of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to Retain and Employ Evercore Group L.L.C. as Investment Banker and Financial Advisor Effective *Nunc Pro Tunc* to the Petition Date [D.I. 651; filed May 29, 2014]

Response/Objection Deadline:    June 12, 2014 at 4:00 p.m. (EDT); extended to July 28, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:    None at this time.

Related Documents:

i.    Wilmington Savings Fund Society, FSB's Notice of Deposition and Subpoena Duces Tecum Directed to Evercore Group LLC [D.I. 833; filed June 5, 2014]

ii.    Notice of Adjournment of Depositions Directed to (I) Kirkland & Ellis LLP; (II) Evercore Group LLC; (III) Sidley Austin LLP; and (IV) the Debtors [D.I. 894; filed June 10, 2014]

iii.    Re-Notice of Certain Applications and Motions and Hearing Thereon [D.I. 901; filed June 10, 2014]

iv.    Wilmington Savings Fund Society, FSB's Amended Notice of Deposition and Subpoena Directed to Evercore Group LLC [D.I. 1556; filed July 11, 2014]

Status: By agreement of the parties, the hearing on this matter has been continued to the omnibus hearing scheduled for August 11, 2014 at 9:30 a.m. (EDT).

7.    Application of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to Retain and Employ KPMG LLP as Bankruptcy

Accounting and Tax Advisors Effective *Nunc Pro Tunc* to the Petition Date [D.I. 652; filed May 29, 2014]

Response/Objection Deadline:     June 12, 2014 at 4:00 p.m. (EDT); extended to July 28, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:     None at this time.

Related Documents:

i.      Re-Notice of Certain Applications and Motions and Hearing Thereon [D.I. 901; filed June 10, 2014]

ii.     Notice of Debtors' Entry into Additional Statement of Work with KPMG LLP [D.I. 910; filed June 11, 2014]

Status: By agreement of the parties, the hearing on this matter has been continued to the omnibus hearing scheduled for August 11, 2014 at 9:30 a.m. (EDT).

8.      Application of Energy Future Holdings Corp., *et al.*, for an Order Authorizing Energy Future Holdings Corp. to Retain and Employ Thompson & Knight LLP as Special Counsel for Certain Tax-Related Matters, Effective *Nunc Pro Tunc* to the Petition Date [D.I. 653; filed May 29, 2014]

Response/Objection Deadline:     June 12, 2014 at 4:00 p.m. (EDT); extended to July 28, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:     None at this time.

Related Documents:

i.      Re-Notice of Certain Applications and Motions and Hearing Thereon [D.I. 901; filed June 10, 2014]

Status: By agreement of the parties, the hearing on this matter has been continued to the omnibus hearing scheduled for August 11, 2014 at 9:30 a.m. (EDT).

9.      Application of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to Retain and Employ PricewaterhouseCoopers LLP as Internal Audit, Information Security, and Tax Consultants Effective *Nunc Pro Tunc* to the Petition Date [D.I. 654; filed May 29, 2014]

Response/Objection Deadline:     June 12, 2014 at 4:00 p.m. (EDT); extended to July 28, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:     None at this time.

27

Related Documents:

i.    Re-Notice of Certain Applications and Motions and Hearing Thereon [D.I. 901; filed June 10, 2014]

Status: By agreement of the parties, the hearing on this matter has been continued to the omnibus hearing scheduled for August 11, 2014 at 9:30 a.m. (EDT).

10.   Application of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to Retain and Employ Ernst & Young LLP as Providers of Tax Advisory and Information Technology Services Effective *Nunc Pro Tunc* to the Petition Date [D.I. 655; filed May 29, 2014]

Response/Objection Deadline:        June 12, 2014 at 4:00 p.m. (EDT); extended to July 28, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:      None at this time.

Related Documents:

i.    Re-Notice of Certain Applications and Motions and Hearing Thereon [D.I. 901; filed June 10, 2014]

Status: By agreement of the parties, the hearing on this matter has been continued to the omnibus hearing scheduled for August 11, 2014 at 9:30 a.m. (EDT).

11.   Application of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to Retain and Employ Deloitte & Touche LLP as Independent Auditor Effective *Nunc Pro Tunc* to the Petition Date [D.I. 656; filed May 29, 2014]

Response/Objection Deadline:        June 12, 2014 at 4:00 p.m. (EDT); extended to July 28, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:      None at this time.

Related Documents:

i.    Re-Notice of Certain Applications and Motions and Hearing Thereon [D.I. 901; filed June 10, 2014]

Status: By agreement of the parties, the hearing on this matter has been continued to the omnibus hearing scheduled for August 11, 2014 at 9:30 a.m. (EDT).

12.   Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals [D.I. 658; filed May 29, 2014]

Response/Objection Deadline:   June 12, 2014 at 4:00 p.m. (EDT); extended to July 28, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:   None at this time.

Related Documents:

i.   Re-Notice of Certain Applications and Motions and Hearing Thereon [D.I. 901; filed June 10, 2014]

Status: By agreement of the parties, the hearing on this matter has been continued to the omnibus hearing scheduled for August 11, 2014 at 9:30 a.m. (EDT).

13.   Application of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to Retain and Employ Richards, Layton & Finger, P.A. as Co-Counsel Effective *Nunc Pro Tunc* to the Petition Date [D.I. 659; filed May 29, 2014]

Response/Objection Deadline:   June 13, 2014 at 4:00 p.m. (EDT); extended to July 28, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:   None at this time.

Related Documents:

i.   Re-Notice of Certain Applications and Motions and Hearing Thereon [D.I. 901; filed June 10, 2014]

Status: By agreement of the parties, the hearing on this matter has been continued to the omnibus hearing scheduled for August 11, 2014 at 9:30 a.m. (EDT).

14.   Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP as Attorneys for the Debtors and Debtors in Possession Effective *Nunc Pro Tunc* to the Petition Date [D.I. 660; filed May 29, 2014]

Response/Objection Deadline:   June 13, 2014 at 4:00 p.m. (EDT); extended to July 28, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:   None at this time.

Related Documents:

i.   Notice of Deposition [D.I. 792; filed June 4, 2014]

ii.   Notice of Deposition [D.I. 793; filed June 4, 2014]

iii.    Wilmington Savings Fund Society, FSB's Notice of Deposition and Subpoena Duces Tecum Directed to Kirkland & Ellis LLP [D.I. 832; filed June 4, 2014]

iv.    Notice of Adjournment of Depositions Directed to (I) Kirkland & Ellis LLP; (II) Evercore Group LLC; (III) Sidley Austin LLP; and (IV) the Debtors [D.I. 894; filed June 10, 2014]

v.    Notice of Adjournment of Depositions of (1) Stacey H. Dore; (2) Edward O. Sassower; (3) the Debtors; and (4) Kirkland & Ellis LLP [D.I. 900; filed June 10, 2014]

vi.    Re-Notice of Certain Applications and Motions and Hearing Thereon [D.I. 901; filed June 10, 2014]

vii.    Wilmington Savings Fund Society, FSB's Amended Notice of Deposition and Subpoena Directed to Kirkland & Ellis LLP [D.I. 1555; filed July 11, 2014]

Status: By agreement of the parties, the hearing on this matter has been continued to the omnibus hearing scheduled for August 11, 2014 at 9:30 a.m. (EDT).

15.    Application of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to Retain and Employ Alvarez & Marsal North America, LLC as Restructuring Advisor Effective *Nunc Pro Tunc* to the Petition Date [D.I. 661; filed May 29, 2014]

Response/Objection Deadline:    June 13, 2014 at 4:00 p.m. (EDT); extended to July 28, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:    None at this time.

Related Documents:

i.    Re-Notice of Certain Applications and Motions and Hearing Thereon [D.I. 901; filed June 10, 2014]

Status: By agreement of the parties, the hearing on this matter has been continued to the omnibus hearing scheduled for August 11, 2014 at 9:30 a.m. (EDT).

16.    Application of Energy Future Holdings Corp., *et al.*, for an Order Authorizing the Debtors to Retain and Employ Gibson, Dunn & Crutcher LLP as Special Counsel for Certain Corporate and Litigation Matters, Effective *Nunc Pro Tunc* to the Petition Date [D.I. 662; filed May 29, 2014]

Response/Objection Deadline:    June 13, 2014 at 4:00 p.m. (EDT); extended to July 28, 2014 at 4:00 p.m. (EDT)

30

Responses/Objections Received:    None at this time.

Related Documents:

i.    Re-Notice of Certain Applications and Motions and Hearing Thereon [D.I. 901; filed June 10, 2014]

Status: By agreement of the parties, the hearing on this matter has been continued to the omnibus hearing scheduled for August 11, 2014 at 9:30 a.m. (EDT).

17.    Application of Energy Future Holdings Corp., *et al.*, for Entry of an Order Approving the Employment and Retention of Epiq Bankruptcy Solutions, LLC as the Administrative Advisor for the Debtors, Effective *Nunc Pro Tunc* to the Petition Date [D.I. 663; filed May 29, 2014]

Response/Objection Deadline:    June 13, 2014 at 4:00 p.m. (EDT); extended to July 28, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:    None at this time.

Related Documents:

i.    Re-Notice of Certain Applications and Motions and Hearing Thereon [D.I. 901; filed June 10, 2014]

Status: By agreement of the parties, the hearing on this matter has been continued to the omnibus hearing scheduled for August 11, 2014 at 9:30 a.m. (EDT).

18.    Application of Energy Future Holdings Corp., *et al.*, for an Order Authorizing the Debtors to Retain and Employ McDermott Will & Emery LLP as Special Counsel for Certain Energy-Related Transactional Matters, Effective *Nunc Pro Tunc* to the Petition Date [D.I. 664; filed May 29, 2014]

Response/Objection Deadline:    June 13, 2014 at 4:00 p.m. (EDT); extended to July 28, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:    None at this time.

Related Documents:

i.    Re-Notice of Certain Applications and Motions and Hearing Thereon [D.I. 901; filed June 10, 2014]

Status: By agreement of the parties, the hearing on this matter has been continued to the omnibus hearing scheduled for August 11, 2014 at 9:30 a.m. (EDT).

19.    Application of Energy Future Holdings Corp., *et al.*, for an Order Authorizing the Debtors to Retain and Employ Sidley Austin LLP as Special Counsel for Certain

Corporate and Litigation Matters, Effective *Nunc Pro Tunc* to the Petition Date [D.I. 665; filed May 29, 2014]

| Response/Objection Deadline: | June 13, 2014 at 4:00 p.m. (EDT); extended to July 28, 2014 at 4:00 p.m. (EDT) |
|---|---|

| Responses/Objections Received: | None at this time. |
|---|---|

Related Documents:

i.    Notice of Deposition [D.I. 792; filed June 4, 2014]

ii.    Notice of Deposition [D.I. 793; filed June 4, 2014]

iii.    Wilmington Savings Fund Society, FSB's Notice of Deposition and Subpoena Duces Tecum Directed to Sidley Austin LLP [D.I. 834; filed June 5, 2014]

iv.    Notice of Adjournment of Depositions to (I) Kirkland & Ellis LLP; (II) Evercore Group LLC; (III) Sidley Austin LLP; and (IV) the Debtors [D.I. 894; filed June 10, 2014]

v.    Re-Notice of Certain Applications and Motions and Hearing Thereon [D.I. 901; filed June 10, 2014]

vi.    Wilmington Savings Fund Society, FSB's Amended Notice of Deposition and Subpoena Directed to Sidley Austin LLP [D.I. 1557; filed July 11, 2014]

Status: By agreement of the parties, the hearing on this matter has been continued to the omnibus hearing scheduled for August 11, 2014 at 9:30 a.m. (EDT).

20.    Motion of FPL Energy Pecos Wind I, LP, FPL Energy Pecos Wind II, LP, and NWP Indian Mesa Wind Farm, L.P. for a Determination that the Automatic Stay Does Not Prevent Termination of Power Purchase Agreements [D.I. 806; filed June 4, 2014]

| Response/Objection Deadline: | June 18, 2014 at 4:00 p.m. (EDT); extended to July 7, 2014 at 4:00 p.m. (EDT) for the Debtors; extended to July 7, 2014 at 4:00 p.m. (EDT) for the Official Committee of Unsecured Creditors |
|---|---|

| Responses/Objections Received: | None at this time. |
|---|---|

RLF1 10524101v.1

Related Documents:

i.     Declaration of Mark Tourangeau in Support of Motion of FPL Energy Pecos Wind I, LP, FPL Energy Pecos Wind II, LP, and NWP Indian Mesa Wind Farm, L.P. for a Determination that the Automatic Stay Does Not Prevent Termination of Power Purchase Agreements [D.I. 810; filed June 4, 2014]

ii.    Notice of Withdrawal [D.I. 1510; filed July 9, 2014]

Status: This matter has been withdrawn. Consequently, no hearing in connection with this matter is required.

21.    Amended Motion of Gabriel Roberson for Relief from Automatic Stay [D.I. 1121; filed June 25, 2014]

Response/Objection Deadline:          July 15, 2014 at 5:00 p.m. (EDT)

Responses/Objections Received:        None.

Related Documents:

i.     Motion of Gabriel Roberson for Relief from Automatic Stay [D.I. 1044; filed June 20, 2014]

ii.    Certification of Counsel Regarding Agreed Order Granting Motion of Gabriel Roberson for Relief from Automatic Stay [D.I. 1560; filed July 11, 2014]

iii.   Agreed Order Granting Motion of Gabriel Roberson for Relief from Automatic Stay [D.I. 1562; filed July 14, 2014]

Status: On July 14, 2014, the Court entered an agreed order granting the movant the relief requested in connection with this matter, as modified by the terms of D.I. 1562. Consequently, no hearing with respect to this matter is required.

22.    Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing, But Not Requiring, the TCEH Debtors (A) To Participate in a Competitive Auction, and (B) If Selected as the Winning Bidder, to Consummate a Proposed Acquisition [D.I. 1225; filed June 27, 2014]

Response/Objection Deadline:          July 11, 2014 at 4:00 p.m. (EDT); extended to July 14, 2014 at 12:00 p.m. (noon) (EDT) for the Ad Hoc Committee

Responses/Objections Received:        None.

Related Documents:

    i.    Declaration of Michael Carter in Support of the Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing, But Not Requiring, the Debtors (A) To Participate in a Competitive Auction, and (B) If Selected as the Winning Bidder, to Consummate a Proposed Acquisition [D.I. 1226; filed June 27, 2014]

    ii.    Notice of Withdrawal [D.I. 1417; filed June 30, 2014]

    iii.    Corrected Notice of "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing, But Not Requiring, the TCEH Debtors (A) To Participate in a Competitive Auction, and (B) If Selected as the Winning Bidder, to Consummate a Proposed Acquisition" [D.I. 1418; filed June 30, 2014]

    iv.    Notice of Disclosure of Bid Cap in Accordance with Bidding and Acquisition Procedures Set Forth in the Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing, But Not Requiring, the TCEH Debtors (A) To Participate in a Competitive Auction, and (B) If Selected as the Winning Bidder, to Consummate a Proposed Acquisition [D.I. 1530; filed July 9, 2014]

    v.    Notice of Withdrawal of Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing, But Not Requiring, the TCEH Debtors (A) To Participate in a Competitive Auction, and (B) If Selected as the Winning Bidder, to Consummate a Proposed Acquisition [D.I. 1564; filed July 14, 2014]

Status: This matter has been withdrawn. Consequently, no hearing in connection with this matter is required.

23.    Amended Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing Certain of the Debtors to Continue Honoring Obligations to Retirees and Non-Insider Employees on Account of Non-Qualified Benefit Programs [D.I. 1441; filed July 1, 2014]

    Response/Objection Deadline:    July 11, 2014 at 4:00 p.m. (EDT); extended to July 30, 2014 at 4:00 p.m. (EDT)

    Responses/Objections Received:    None.

    Related Documents:

    i.    Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing Certain of the Debtors to Continue Honoring Obligations to Retirees and Non-Insider Employees on Account of Non-Qualified Benefit Programs [D.I. 1222; filed June 27, 2014]

ii.    Declaration of Carrie Kirby, the Executive Vice President of Human Resources in Support of the Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing Certain of the Debtors to Continue Honoring Obligations to Retirees and Non-Insider Employees on Account of Non-Qualified Benefit Programs [D.I. 1223; filed June 27, 2014]

iii.    Declaration of Carrie Kirby, the Executive Vice President of Human Resources in Support of the Amended Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing Certain of the Debtors to Continue Honoring Obligations to Retirees and Non-Insider Employees on Account of Non-Qualified Benefit Programs [D.I. 1442; filed July 1, 2014]

iv.    Re-Notice of "Amended Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing Certain of the Debtors to Continue Honoring Obligations to Retirees and Non-Insider Employees on Account of Non-Qualified Benefit Programs" [D.I. 1563; filed July 14, 2014]

Status: The hearing on this matter is continued to the omnibus hearing scheduled for August 11, 2014 at 9:30 a.m. (EDT).

## II.    UNCONTESTED MATTERS WITH A CERTIFICATION OF NO OBJECTION:

24.    Motion for Entry of an Order Authorizing Wilmington Savings Fund Society, FSB to File June 2, 2014 Letter Under Seal [D.I. 699; filed June 2, 2014]

Response/Objection Deadline:          June 23, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:        None.

Related Documents:

i.    Certification of No Objection Regarding Motion for Entry of an Order Authorizing Wilmington Savings Fund Society, FSB to File June 2, 2014 Letter Under Seal [D.I. 1125; filed June 25, 2014]

ii.    Proposed Form of Order

iii.    **Order Authorizing Wilmington Savings Fund Society, FSB to File June 2, 2014 Letter Under Seal [D.I. 1589; filed July 16, 2014]**

Status: **On July 16, 2014, the Court entered an order granting the movant the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.**

25.    Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Enlarging the Period Within Which the Debtors May Remove Certain Actions [D.I. 1221; filed June 27, 2014]

Response/Objection Deadline:    July 11, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:    None.

Related Documents:

i.    Certification of No Objection Regarding Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Enlarging the Period Within Which the Debtors May Remove Certain Actions [D.I. 1576; filed July 15, 2014]

ii.    **Order Enlarging the Period Within Which the Debtors May Remove Certain Actions [D.I. 1590; filed July 16, 2014]**

Status: **On July 16, 2014, the Court entered an order granting the Debtors the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.**

26.    Motion Authorizing Certain Debtors to File Under Seal Redacted Portions of Amendments to the Comanche Peak Joint Venture Agreements [D.I. 1228; filed June 27, 2014]

Response/Objection Deadline:    July 11, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:    None.

Related Documents:

i.    Certification of No Objection Regarding Motion Authorizing Certain Debtors to File Under Seal Redacted Portions of Amendments to the Comanche Peak Joint Venture Agreements [D.I. 1577; filed July 15, 2014]

ii.    **Order Authorizing Luminant Generation Company LLC to File Under Seal the Joint Venture Agreements and Amendments Related to Proposed Debtor-in-Possession Financing [D.I. 1588; filed July 16, 2014]**

Status: **On July 16, 2014, the Court entered an order granting the Debtors the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.**

## III.    UNCONTESTED MATTERS GOING FORWARD:

27.    Motion of Energy Future Holdings Corp., *et al.*, Authorizing Entry into Amendments to the Comanche Peak Joint Venture Agreements [D.I. 1227; filed June 27, 2014]

Response/Objection Deadline:    June 27, 2014 at 4:00 p.m. (EDT); extended to July 14, 2014 at 12:00 p.m. (noon) (EDT) for the Ad Hoc Group TCEH Unsecured Noteholders

Responses/Objections Received:

A.    Informal comments from the Official Committee of Unsecured Creditors

B.    Informal comments from the Ad Hoc Group of TCEH Unsecured Noteholders

C.    Informal comments from the WSFS, FSB, in its capacity as successor Indenture Trustee

Related Documents:

i.    Motion Authorizing Certain Debtors to File Under Seal Redacted Portions of Amendments to the Comanche Peak Joint Venture Agreements [D.I. 1228; filed June 27, 2014]

ii.    **Certification of Counsel Concerning Order Authorizing Entry into Amendments to the Comanche Peak Joint Venture Agreements [D.I. 1591; filed July 16, 2014]**

Status: **On July 16, 2014, the Debtors filed a certification of counsel attaching a revised form of agreed order in connection with this matter. Consequently, a hearing with respect to this matter is required only to the extent that the Court has any questions or concerns.**

28.    Amended Motion of Energy Future Holdings Corp., et al., for an Order Authorizing the Debtors to Execute the 401(k) Plan Separation [D.I. 1471; filed July 3, 2014]

Response/Objection Deadline:    July 11, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.    Informal comments from the Official Committee of Unsecured Creditors

Related Documents:

i.    Motion of Energy Future Holdings Corp., et al., for an Order Authorizing the Debtors to Execute the 401(k) Plan Separation [D.I. 1229; filed June 27, 2014]

ii.    Declaration of Carrie Kirby, the Executive Vice President of Human Resources in Support of the Amended Motion of Energy Future Holdings

37

Corp., *et al.*, for an Order Authorizing the Debtors to Execute the 401(k) Plan Separation [D.I. 1472; filed July 3, 2014]

iii.   **Supplemental Declaration of Carrie Kirby, the Executive Vice President of Human Resources in Support of Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to Execute the 401(k) Plan Separation [D.I. 1605; filed July 17, 2014]**

iv.   **Certification of Counsel Concerning Order Authorizing the Debtors to Execute the 401(k) Plan Separation [D.I. 1606; filed July 17, 2014]**

Status: **On July 17, 2014, the Debtors filed a certification of counsel attaching a revised form of agreed order in connection with this matter. Consequently, a hearing with respect to this matter is required only to the extent that the Court has any questions or concerns.**

## IV.   CONTESTED MATTERS GOING FORWARD:

29.   Motion for Entry of an Order Authorizing Wilmington Savings Fund Society, FSB to File (I) Redacted Version of its July 8, 2014 Letter and (II) Certain Exhibits to the Letter Under Seal [D.I. 1501; filed July 8, 2014] (the "Motion to Seal")

Response/Objection Deadline:          July 11, 2014 at 9:30 a.m. (EDT)

Responses/Objections Received:

A.   The United States Trustee's [sic] Motion for Entry of an Order Authorizing Wilmington Savings Fund Society, FSB to File (I) Redacted Version of Its July 8, 2014 Letter and (II) Certain Exhibits to the Letter Under Seal Pursuant to 11 U.S.C. § 107(b) and Fed. R. Bankr. P. 9018 (D.I. 1501) [D.I. 1539; filed July 10, 2014]

Related Documents:

i.   Letter to Judge Sontchi from James W. Stoll Regarding Discovery Dispute Concerning Debtors Motion to Assume the Restructuring Support Agreement (Redacted) [D.I. 1500; filed July 8, 2014] (the "Discovery Dispute Letter")

ii.   Wilmington Savings Fund Society, FSB's Motion Pursuant to Local Rules 9006-1(c) and 9006-1(e) for an Order Shortening the Time to Consider Wilmington Savings Fund Society FSB's Motion for Entry of an Order Authorizing Wilmington Savings Fund Society, FSB to File (I) Redacted Version of its July 8, 2014 Letter and (II) Certain Exhibits to the Letter Under Seal [D.I. 1502; filed July 8, 2014]

iii.    Order Granting Wilmington Savings Fund Society, FSB's Motion Pursuant to Local Rules 9006-1(c) and 9006-1(e) for an Order Shortening the Time to Consider Wilmington Savings Fund Society FSB's Motion for Entry of an Order Authorizing Wilmington Savings Fund Society, FSB to File (I) Redacted Version of its July 8, 2014 Letter and (II) Certain Exhibits to the Letter Under Seal [D.I. 1511; filed July 9, 2014]

iv.    Notice of Hearing Regarding Motion for Entry of an Order Authorizing Wilmington Savings Fund Society, FSB to File (I) Redacted Version of its July 8, 2014 Letter and (II) Certain Exhibits to the Letter Under Seal [D.I. 1515; filed July 9, 2014]

Status: The hearing on the Motion to Seal and the subject matter set forth in the Discovery Dispute Letter will go forward at the hearing.

30.    Emergency Motion for Entry of an Order Determining Applicability of the Automatic Stay to Non-Bankruptcy Litigation Involving Certain of the Debtors [D.I. 1506; filed July 8, 2014]

| Response/Objection Deadline: | July 16, 2014 at 12:00 p.m. (noon) (EDT); extended to July 16, 2014 at 6:00 p.m. (EDT) by agreement of the Debtors and the Sierra Club (and with permission from Chambers) |
|---|---|

Responses/Objections Received:

A.    **Debtors' Objection to Sierra Club's Motion for Entry of an Order Determining Applicability of the Automatic Stay to the Attorneys' Fees Claim Asserted by Debtors in Non-Bankruptcy Litigation [D.I. 1592; filed July 16, 2014]**

Related Documents:

i.    Motion for an Order Shortening Notice Period in Connection with Motion for Entry of an Order Determining Applicability of the Automatic Stay to Non-Bankruptcy Litigation Involving Certain of the Debtors and Fixing Hearing Date and Objection Deadline [D.I. 1507; filed July 8, 2014]

ii.    Order Shortening Notice Period in Connection with Motion for Entry of an Order Determining Applicability of the Automatic Stay to Non-Bankruptcy Litigation Involving Certain of the Debtors and Fixing Hearing Date and Objection Deadline [D.I. 1546; filed July 10, 2014]

iii.    Notice of Hearing [D.I. 1547; filed July 10, 2014]

Status: The hearing on this matter will go forward.

39

## V.    STATUS CONFERENCE MATTER:

31.    Motion of Wilmington Savings Fund Society, FSB for Leave to Conduct Discovery Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure of Energy Future Holdings Corporation, its Affiliates, and Certain Third Parties [D.I. 6; filed April 29, 2014]

Response/Objection Deadline:        August 4, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.    Debtors' Response and Partial Opposition to the Motion of Wilmington Savings Fund Society, FSB Pursuant to Rule 2002 and 9006 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. Section 105(a) to Shorten Notice of, and Schedule Hearings on, (I) Request to Transfer Venue; and (II) Request to Conduct Discovery Under Rule 2004 [D.I. 203; filed April 30, 2014]

B.    EFH Equity Owners' Objection and Reservation of Rights in Response to Motion of Wilmington Savings Fund Society, FSB for Leave to Conduct Discovery Pursuant to Rule 2004 [D.I. 523; filed May 19, 2014]

Related Documents:

i.    Appendix to Motion of Wilmington Savings Fund Society, FSB for Leave to Conduct Discovery Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure of Energy Future Holdings Corporation, its Affiliates, and Certain Third Parties [D.I. 7; filed April 29, 2014]

ii.    Motion of Wilmington Savings Fund Society, FSB Pursuant to Rules 2002 and 9006 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. Section 105(a) to Shorten Notice of, and Schedule Hearings on, (I) Request to Transfer Venue; and (II) Request to Conduct Discovery Under Rule 2004 [D.I. 8; filed April 29, 2014]

iii.    Limited Joinder of the Ad Hoc Group of TCEH Unsecured Noteholders to the Motion of Wilmington Savings Fund Society, FSB for Leave to Conduct Discovery Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure of Energy Future Holdings Corporation, its Affiliates, and Certain Third Parties [D.I. 226; filed April 30, 2014]

iv.    Notice of Status Conference in Connection with "Motion of Wilmington Savings Fund Society, FSB for Leave to Conduct Discovery Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure of Energy Future Holdings Corporation, its Affiliates, and Certain Third Parties" [D.I. 417; filed May 12, 2014]

RLF1 10524101v.1

v.     Debtors' Status Report in Reference to Wilmington Savings Fund Society, FSB's Motion for Leave to Conduct Discovery Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure of Energy Future Holdings Corporation, its Affiliates, and Certain Third Parties [D.I. 537; filed May 20, 2014]

vi.    Status Report of the Official Committee of Unsecured Creditors Concerning Discovery [D.I. 1496; filed July 8, 2014]

vii.    Debtors' Response to the Status Report of the Official Committee of Unsecured Creditors Concerning Discovery [D.I. 1538; filed July 10, 2014]

viii.    Letter to The Honorable Christopher S. Sontchi from Counsel for TPG Capital, L.P. re: Status Report [D.I. 1541; filed July 10, 2014]

ix.    Notice of Hearing Regarding Motion of Wilmington Savings Fund Society, FSB for Leave to Conduct Discovery Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure of Energy Future Holdings Corporation, its Affiliates, and Certain Third Parties [D.I. 1571; filed July 15, 2014]

Status: A status conference only with respect to this matter will go forward at the hearing. A hearing on the merits in connection with this matter is scheduled to take place at the omnibus hearing scheduled for August 11, 2014 at 9:30 a.m. (EDT) (see D.I. 1571).

## VI. PRE-TRIAL CONFERENCE IN ADV. 14-50405:

32.    Complaint for Declaratory Relief [D.I. 995/Adv. D.I. 1; filed June 16, 2014]

Answer Deadline:           July 16, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:    None at this time.

Related Documents:

i.    Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. D.I. 2; filed June 16, 2014]

ii.    **Energy Future Intermediate Holding Company LLC's and EFIH Finance Inc.'s Answer [Adv. D.I. 5; filed July 16, 2014]**

Status: A pre-trial conference on the adversary proceeding will go forward.

## VII. PRE-TRIAL CONFERENCE IN ADV. 14-50363:

33.    Complaint for Declaratory Relief [D.I. 470/Adv. D.I. 1; filed May 15, 2014]

Response/Objection Deadline:        June 13, 2014 at 4:00 p.m. (EDT)

Related Documents:

i.      Summons and Notice of Pretrial Conference in an Adversary Proceeding
        [Adv. D.I. 4; filed May 19, 2014]

ii.     Scheduling Order with Respect to (A) Contested Matter Motion, (B)
        Adversary Proceeding, and (C) Stay-Applicability Motion [Adv. D.I. 10;
        filed June 4, 2014]

iii.    Notice of Intervention [Adv. D.I. 13; filed June 11, 2014]

iv.     Notice of Intervention of Certain Funds and Accounts Advised or Sub-
        Advised by Fidelity Management & Research Company or its Affiliates
        [Adv. D.I. 14; filed June 11, 2014]

v.      Notice of Intervention of the Ad Hoc Committee of EFIH Unsecured
        Noteholders [Adv. D.I. 15; filed June 11, 2014]

vi.     Notice of Intervention [Adv. D.I. 16; filed June 11, 2014]

vii.    Notice of Intervention of the Ad Hoc Group of EFH Legacy Noteholders
        [Adv. D.I. 18; filed June 11, 2014]

viii.   Notice of Intervention with Respect to (A) Contested Matter Motion, (B)
        Adversary Proceeding, and (C) Stay-Applicability Motion [Adv. D.I. 19;
        filed June 11, 2014]

ix.     Energy Future Intermediate Holding Company LLC's and EFIH Finance
        Inc.'s Answer [Adv. D.I. 27; filed June 13, 2014]

x.      Ad Hoc Group of EFH Legacy Noteholders' Answer to Complaint for
        Declaratory Relief Against Energy Future Intermediate Holding Company
        LLC and EFIH Finance Inc. [Adv. D.I. 33; filed June 13, 2014]

xi.     Letter to the Honorable Christopher S. Sontchi Regarding Ad Hoc
        Committee of EFIH Unsecured Noteholders' Discovery Deficiencies
        [Adv. D.I. 50; filed June 23, 2014]

xii.    Letter to the Honorable Christopher S. Sontchi in Response to First Lien
        Trustee's June 23 Letter Regarding Discovery [Adv. D.I. 51; filed June
        25, 2014]

xiii.   Notice of Withdrawal re: Letter to the Honorable Christopher S. Sontchi
        Regarding Ad Hoc Committee of EFIH Unsecured Noteholders'
        Discovery Deficiencies (Docket No. 50) [Adv. D.I. 55; filed June 26,
        2014]

xiv.    Letter to the Honorable Christopher S. Sontchi Regarding Discovery Dispute [D.I. 1572/Adv. D.I. 80; filed July 15, 2014]

xv.    Motion for Entry of an Order Authorizing CSC Trust Company of Delaware, as Indenture Trustee and Collateral Trustee, to File (I) an Unredacted Version of its July 15, 2014 Letter and (II) Certain Exhibits to the Letter Under Seal [D.I. 1573/Adv. D.I. 81; filed July 15, 2014]

xvi.    Motion to Set Expedited Hearing and Shorten Notice Period with Respect to Motion for Entry of an Order Authorizing CSC Trust Company of Delaware, as Indenture Trustee and Collateral Trustee, to File (I) an Unredacted Version of its July 15, 2014 Letter and (II) Certain Exhibits to the Letter Under Seal [D.I. 1574/Adv. D.I. 82; filed July 15, 2014]

xvii.    **Objection (Letter) to the Motion for Entry of an Order Authorizing CSC Trust Company of Delaware, as Indenture Trustee and Collateral Trustee, To File (i) an Unredacted Version of its July 15, 2014 Letter and (ii) Certain Exhibits to the Letter Under Seal [D.I. 1585; filed July 16, 2014]**

Status: A further status/pre-trial conference on the adversary proceeding will go forward.

RLF1 10524101v.1

Dated:  July 17, 2014
        Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:      (302) 651-7700
Facsimile:      (302) 651-7701
Email:          collins@rlf.com
                defranceschi@rlf.com
                madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:          richard.cieri@kirkland.com
                edward.sassower@kirkland.com
                stephen.hessler@kirkland.com
                brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:          james.sprayregen@kirkland.com
                chad.husnick@kirkland.com
                steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession

44